IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **SALVATORE J. SOWELL,** | : |
| **Plaintiff,** | : Case No. 2:24-cv-3916 |
| v. | : Judge Algenon L. Marbley |
| | : Magistrate Judge Chelsey M. Vascura |
| **U.S. DISTRICT COURT EAST AND WEST DIVISION,** *et al.***,** | : |
| **Defendants.** | : |

## ORDER

This matter comes before this Court on Magistrate Judge Chelsey M. Vascura's Report and Recommendation recommending that this Court dismiss this action. (ECF No. 11). On June 20, 2025, this Court entered an Order adopting the Magistrate Judge's Report and Recommendation (ECF No. 5) recommending that this Court deny Ms. Salvatore J. Sowell's Motion for Leave to Proceed *in forma pauperis* (ECF No. 4). (ECF No. 9). This Court granted Plaintiff thirty (30) days to pay the requisite filing fee in order to proceed with his action. (*Id.*).

As of today's date, Plaintiff has not paid the full filing fee. On July 14, 2025, the Magistrate Judge entered an order to show cause within fourteen (14) days why the case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 9). Plaintiff was further cautioned that failure to pay the filing fee may result in dismissal of this case. (*Id.* at 2). Plaintiff failed to respond. The time for paying the requisite filing fee has expired, and Plaintiff has failed to show cause or otherwise communicate with this Court. Accordingly, on August 8, 2025, the Magistrate Judge issued the Report and Recommendation recommending that this Court dismiss this case because of his failure to prosecute as expressly recognized in Rule 41(b). (ECF No. 11).

This Court has reviewed the Report and Recommendation. (ECF No. 11). Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation as this Court's findings of facts and law. This case is **DISMISSED** and the pending motion (ECF No. 6) is **DENIED as moot**

    **IT IS SO ORDERED.**

**DATED: September 5, 2025**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**